THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* CLARENCE JOHNSON, Defendant-Appellee.

(No. 56548; )

First District (3rd Division)—October 18, 1973.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Ronald F. Neville, Assistant State's Attorneys, of counsel,) for the People.

James J. Doherty, Public Defender, of Chicago, (Robert B. Coonin and James N. Gramenos, Assistant Public Defenders, of counsel,) for appellee.